1  MICHAEL A. SCAFIDDI, ESQ., (SBN: 188567)
   GARY HARRISON, ESQ., (SBN: 158421)
2  LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.
   432 N. Arrowhead Ave.
3  San Bernardino, CA 92401
   Telephone: (909) 381-1000
4  Facsimile: (909) 381-1077

5  Attorneys for Defendants, RJR Properties,
   a General Partnership, and Nemo's & Jack's Discount
6  Tire and Wheel

7

8               UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA DIVISION

10                   LOS ANGELES DIVISION

11

12 | Samuel Love,                        | CASE NO: 5:15-cv-00001-DSF (DTBx)
13 |         Plaintiff,                  | REQUEST FOR JUDICIAL NOTICE
   |                                      | [F.R.E. Rule 201]
14 |    vs.                              | United States District Court-Central District
   |                                      | 312 N. Spring Street
15 | RJR Properties, a General            | Los Angeles, CA 91002-4701
   | Partnership; Nemo's & Jack's         | (213) 894-1565
16 | Discount Tire and Wheel, a
   | California Corporation, and
17 | Does 1-10,                           | Hon. Dale S. Fischer
18 |         Defendants.

19

20          Number           Description

21            1           Complaint filed in related case *Samuel Love vs. Guillermo Ocampo,*

22                        *Rebeca Ocampo, and Gibson Brothers Janitorial Service, Inc., a*

23                        *California Corporation, and Does 1-10* - Case Number:

24                        5:15-cv-00002-JGB(SPx) United States District Court- Central District,

25                        Riverside Branch.

26  / / / / /

27  / / / / /

28  / / / / /

                        **Request for Judicial Notice**                                1

| | | |
|---|---|---|
| 1 | 2 | Complaint filed in related case *Samuel Love vs. Guillermo Ocampo,* |
| 2 | | *Martha Ocampo, and Does 1-10* - Case Number: 5:15-cv-00034-VAP- |
| 3 | | DTB - United States District Court- Central District, Riverside Branch. |

Date: January 30, 2015          LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.

By: _____
MICHAEL A. SCAFIDDI, ESQ.
GARY HARRISON, ESQ.
ATTORNEYS FOR DEFENDANTS

Request for Judicial Notice          1

**PROOF OF SERVICE**
California Code of Civil Procedure §§ 1011, 1013, 1013a. 2015.5

STATE OF CALIFORNIA    )
COUNTY OF SAN BERNARDINO )

    I am employed in the County of San Bernardino, State of California. I am over the age of eighteen (18) years, and not a party to this action. My business address is 432 North Arrowhead Avenue, San Bernardino, California 92401.

    On February 5, 2015, I served the foregoing documents described as: **REQUEST FOR JUDICIAL NOTICE** on the interested parties in the action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated:

**SEE ATTACHED SERVICE LIST**

/ √ / (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/   / (By overnight delivery) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) mentioned above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

/   / (By Facsimile Transmission) I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to *California Rules of Court*, Rule 2008, from facsimile machine number (909) 381-1077. The facsimile machine I used complied with *California Rules of Court*, Rule 2008, and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a transmission record of the transmission.

/   / (By Personal Service) I caused such envelope(s) to be hand delivered to the office(s) of the addressee(s).

/ √ / (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 5, 2015, at San Bernardino, California.

*Dondra Ferris*
Dondra Ferris

Request for Judicial Notice     1

**PROOF OF SERVICE**
California Code of Civil Procedure §§ 1011, 1013, 1013a. 2015.5

Phyl Grace, Esq.
Center for Disability Access
P. O. Box 262490
San Diego, CA 92196-2490
Tel: (848) 375-7385

*Attorneys for Plaintiff, Samuel Love*

Honorable Judge Dale S. Fischer
United States District Court
312 N. Spring Street
Los Angeles, CA 91002-4701
Tel: (213) 894-1565

Request for Judicial Notice     2