UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | EDCV 15-001 DSF (DTBx) | Date | 3/2/15 |
|---|---|---|---|
| Title | Samuel Love v. RJR Properties, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order DENYING Motion to Consolidate (Dkt. No. 22)[1]

　　The motion to consolidate is DENIED. While the Plaintiff is the same and the legal claims are similar, the cases involve different properties and facts. Consolidation would provide little apparent benefit.

　　IT IS SO ORDERED.


c: Hon. Virginia A. Phillips
　Hon. Jesus G. Bernal

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 9, 2015 is removed from the Court's calendar.