DAL-005

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number if attorney, and address)*: | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF MICHAEL A. SCAFIDDI, INC., GARY HARRISON, ESQ., SBN: 158421<br>432 N. ARROWHEAD AVE.<br>SAN BERNARDINO, CA 92401<br>TELEPHONE NO.: 909-381-1000     FAX NO.:<br>E-MAIL ADDRESS: Gharrisonsxb@gmail.com<br>ATTORNEY FOR *(Name)*: RJR Properties and Nemo and Jacks Discount Tire and Wheel Repair | |

UNITED STATES DISTRICT COURT-EASTERN DISTRICT
STREET ADDRESS: Edward J. Roybal Federal Building
MAILING ADDRESS: 255 East Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012-3332
BRANCH NAME: Western District

PLAINTIFF: Samuel Love
DEFENDANT: RJR Properties and Nemo and Jacks Discount Tire

| DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE PURSUANT TO CIVIL CODE SECTION 55.54 | CASE NUMBER:<br>5:15-cv-00001(DSF)(DTBx) |
|---|---|

*(Information about this application and filing instructions may be obtained at www.courts.ca.gov/selfhelp.htm)*

1. Defendant *(name)*: RJR Properties and Nemo and Jacks Discount Tire  requests a stay of proceedings and early evaluation conference pursuant to Civil Code section 55.54.

2. The complaint in this case alleges a construction-related accessibility claim as defined under Civil Code section 55.52(a)(1).

3. The claim concerns a site that meets one of the following sets of requirements ( *All items in one of a, b, or c must be checked for the court to order a stay and early evaluation conference. Check a box if the statement is true.*)

   a. [✓] **CASp-Inspected Site**
      i. [✓] Site has been inspected by a Certified Access Specialist (CASp) and determined to be CASp inspected or CASp determination pending and, if CASp inspected, there have been no modifications completed or commenced since the date of inspection that may impact compliance with construction-related accessibility standards to the best of defendant's knowledge; and
      ii. [✓] An inspection report by a Certified Access Specialist (CASp) relating to the site has been issued.

   b. [ ] **New Construction**
      i. [ ] Site has had new construction or improvements on or after January 1, 2008, approved pursuant to the local building permit and inspection process;
      ii. [ ] To the best of defendant's knowledge, there have been no modifications or alterations completed or commenced since that approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and
      iii. [ ] All violations have been corrected, or will be corrected within **60** days of defendant's being served with the complaint.

   c. [ ] **Small Business**
      i. [ ] Site is owned or occupied by a defendant that is a small business that has employed an average of 25 or fewer employees over the past three years and meets the gross receipts eligibility criteria provided in Civil Code, § 55.56(2)(f);
      ii. [ ] All violations have been corrected, or will be corrected within **30** days of being served with the complaint; and
      iii. [ ] Evidence showing that all violations have been corrected *(check one)* [ ] is attached  [ ] will be filed with the court within **10** days of the court order setting an early evaluation conference.
      iv. I am filing the following with the court along with this application: *(The documents should be filed separately attached to a Confidential Cover Sheet and Declaration (form DAL-006).)*
         [ ] Proof of the number of defendant's employees as shown by wage reports forms filed with the Employment Development Department over the past three years or for existence of the business if less than three years.
         [ ] Proof of defendant's average gross receipts as shown by federal or state tax documents for the three years before this application or for existence of the business if less than three years.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>DAL-005 [New January 1, 2013] | **DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS<br>AND EARLY EVALUATION CONFERENCE**<br>(Disability Access Litigation) | Civil Code, § 55.54<br>www.courts.ca.gov |

DAL-005

| PLAINTIFF: Samuel Love | CASE NUMBER: |
|---|---|
| DEFENDANT: RJR Properties and Nemo and Jacks Discount Tire | 5:15-cv-00001(DSF)(DTBx) |

4. Defendant requests that the court:
   a. Stay the proceedings relating to the construction-related accessibility claim.
   b. Schedule an early evaluation conference.
   c. Order defendant to:
      i. File a confidential copy of the Certified Access Specialist (CASp) report with the court and serve a copy of the report on the plaintiff at least **15** days before the date of the early evaluation conference, which shall be kept confidential as set forth in Civil Code section 55.54(d)(4); or
      ii. File with the court and serve on plaintiff evidence showing correction of all violations within **10** days of completion of the correction or, if seeking relief as a small business, within **10** days after issuance of a court order granting a stay.
   d. Order plaintiff to file with the court and serve on defendants the statement required by Civil Code section 55.54(d)(6) at least **15** days before the date of the early evaluation conference.

Date: 3/9/2015

GARY HARRISON, ESQ.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

### DECLARATION OF DEFENDANT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/9/2015

RJR Properties and Nemo and Jacks Discount Tire
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE**
California Code of Civil Procedure §§ 1011, 1013, 1013a. 2015.5

STATE OF CALIFORNIA        )
COUNTY OF SAN BERNARDINO )

    I am employed in the County of San Bernardino, State of California. I am over the age of eighteen (18) years, and not a party to this action. My business address is 432 North Arrowhead Avenue, San Bernardino, California 92401.

    On March 18, 2015, I served the foregoing documents described as: **DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE PURSUANT TO CIVIL CODE SECTION 55.54** on the interested parties in the action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated:

**SEE ATTACHED SERVICE LIST**

/ √ / (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/   / (By overnight delivery) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) mentioned above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

/   / (By Facsimile Transmission) I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to *California Rules of Court*, Rule 2008, from facsimile machine number (909) 381-1077. The facsimile machine I used complied with *California Rules of Court*, Rule 2008, and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a transmission record of the transmission.

/   / (By Personal Service) I caused such envelope(s) to be hand delivered to the office(s) of the addressee(s).

/ √ / (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2015, at San Bernardino, California.

                                                     */s/ Dondra Ferris*
                                                   Dondra Ferris

**PROOF OF SERVICE**
California Code of Civil Procedure §§ 1011, 1013, 1013a. 2015.5

Phyl Grace, Esq.
Center for Disability Access
P. O. Box 262490
San Diego, CA 92196-2490
Tel:    (848) 375-7385

*Attorneys for Plaintiff, Samuel Love*

Honorable Judge Dale S. Fischer
United States District Court
312 N. Spring Street
Los Angeles, Ca 91002-4701
Tel: (213) 894-1565