CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.
MICHAEL SCAFIDDI, ESQ., SBN 188567
GARY HARRISON, ESQ., SBN: 158421
432 N. Arrowhead Ave.
San Bernardino, CA 92401
Telephone: (909) 381-1000
Facsimile: (909) 381-1077

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL LOVE**, <br><br>         Plaintiff, <br><br>    v. <br><br> **RJR PROPERTIES,** a General Partnership; **NEMO'S & JACK'S DISCOUNT TIRE & WHEEL, INC.,** a California Corporation; and Does 1-10, <br><br>         Defendants. | **Case: 5:15-CV-00001-DSF-DTB** <br><br> **JOINT STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

The Parties, Plaintiff SAMUEL LOVE ("Plaintiff"), and

Defendants RJR PROPERTIES and NEMO & JACK'S DISCOUNT TIRE

AND WHEEL ("Defendants") , hereby stipulate that the time to file

amended pleadings has not elapsed, and that the Plaintiff and the Defendants and each of them agree to this Stipulation to permit Plaintiff to file his First Amended Complaint pursuant to the Federal Rules of Civil Procedure 15.

**IT IS SO STIPULATED.**

Dated:  April 29, 2015        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorney for Plaintiff

Dated: April 29, 2015        LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.

By:  /s/ Gary Harrison
    Gary Harrison
    Attorney for Defendant

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Phyl Grace, attest that I am the attorney for the Defendants and each of them and I obtained the concurrence of Gary Harrison, Esq., attorney for Defendants RJR PROPERTIES and NEMO & JACK'S DISCOUNT TIRE AND WHEEL, in filing this document.

I declare under penalty of perjury of the laws of the United States that is true and correct.  Executed this 29th day of April, 2015.

_____/s/ Phyl Grace_____---