UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-001 DSF (DTBx) | Date | 1/15/16 |
| Title | Samuel Love v. RJR Properties, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING IN PART Defendant's Motion for Summary Judgment; Order GRANTING Plaintiff's Motion for Summary Judgment (Dkt. Nos. 49, 51)[1]

Defendant moves for summary judgment on Plaintiff's Americans with Disabilities Act claim on the basis of mootness and summary judgment on Plaintiff's state law claims on the basis of a lack of subject matter jurisdiction. Plaintiff does not deny that the ADA claim is moot, so Defendant's motion is GRANTED as to that claim.

Contrary to Defendant's apparent belief, the Court retains supplemental jurisdiction over state law claims even after the federal claim is dismissed. It is then a matter of discretion whether the federal court should continue to exercise jurisdiction or dismiss or remand the state law claims. See 28 U.S.C. § 1367. The Court sees no reason to decline supplemental jurisdiction here. Discovery is concluded and Plaintiff has moved for summary judgment. Defendant does not challenge Plaintiff's uncontested facts, those facts establish a violation of the Unruh Act, and there is no question that Plaintiff is entitled to the $4,000 minimum in damages specified by statute that he seeks. Plaintiff's motion for summary judgment as to his Unruh Act claim is GRANTED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for January 25, 2016 is removed from the Court's calendar.