JS 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case 5:15-cv-00001-DSF-DTB |
| Plaintiff, | **Judgment Re: Summary Judgment** |
| v. | |
| **RJR Properties**, et al. | |
| Defendants. | |

1    In accordance with the Order dated January 15, 2016, granting in part
2 Plaintiff's Motion for Summary Judgment against Defendant RJR Properties.
3    IT IS HEREBY ORDERED that Plaintiff Samuel Love is awarded statutory
4 damages in the amount of $4,000.

Dated:_4/6/16   By:_____  *Dale S. Fischer* _____
Hon. Dale S. Fischer
United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff

2

Proposed JUDGMENT                    Case: 5:15-CV-00001-DSF-DTB