CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**RJR Properties,** et al.<br><br>　　　　Defendants. | Case: 5:15-cv-00001-DSF-DTB<br>**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |

Judgment Creditor, SAMUEL LOVE, hereby acknowledges full Satisfaction of the Judgment entered on April 7, 2016 against the Defendant.

An Abstract of Judgment has been recorded in San Bernardino County on August 29, 2016 with instrument number 2016-0349363.

Full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: September 14, 2016

CENTER FOR DISABILITY ACCESS
By: /s/ Dennis Price
Dennis Price
Attorney for Plaintiff